**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 27, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00161-CV**

_____

**MARTHA JANE TAYLOR, Appellant**

**V.**

**CASEY CRABTREE, BRITTANY A. MCCLAIN, DAVID CURTIS, AND, BARBARA CURTIS, Appellees**

---

**On Appeal from the County Court at Law No. 1 and Probate Court
Brazoria County, Texas
Trial Court Cause No. CI042474**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 1, 2010. On October 20, 2011, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.